# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: NESTOR D MUNOZ | ) | Case No. 24 B 08911 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

NESTOR D MUNOZ                                                       VW LAW LLC
6039 S MASSASOI AVE                                                 via Clerk's ECF noticing procedures
CHICAGO, IL 60638

PLEASE TAKE NOTICE that on July 15, 2024 at 9:00 am., I will appear before the Honorable Judge JACQUELINE P COX or any judge sitting in the judge's place, **either** in Courtroom 680, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee to dismiss case for failure to file required documents under section 521, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

   **To appear by Zoom using the internet,** (1) go to this link: https://www.zoomgov.com (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

   **To appear by Zoom using a telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135. **When prompted identify yourself by stating your full name.**

   **To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, Chris Domann a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by U.S. mail or by the methods indicated on July 02, 2024.

Thomas H. Hooper                                                                      /s/ Chris Domann
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE: NESTOR D MUNOZ | ) | Case No. 24 B 08911 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

**MOTION TO DISMISS**
**FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521 (a) (1)**

Now comes Thomas H. Hooper, Trustee in the above entitled case and moves this Honorable Court to dismiss this case for cause pursuant to 11 U.S.C. § 1307 (c)(9) and in support thereof states as follows:

1. Debtor(s) filed the above captioned case on June 17, 2024.

2. Debtor(s) has failed to file the following documents within 14 days of filing the petition;

   All schedules and the Statement of Financial Affairs

3. Rule 1007 (c) Rules of Bankruptcy Procedure require that certain documents be filed

   with the petition, or within 14 days thereafter.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900